# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# FOURTH DIVISION

Case No.: 98-2072 JMR/FLN

---

Brenda Goldsmith,

    Plaintiff,

vs.                                                                ORDER

Jeffrey Beahen and City
of Anoka,

    Defendants.

---

Plaintiff's motion to amend the complaint was heard on November 15, 1999. William J. Maddix, Esq., appeared on behalf plaintiff. Joseph Flynn, Esq., appeared on behalf of defendants.

Having considered the submissions of counsel and their arguments,

IT IS HEREBY ORDERED:

1. That plaintiff may amend her assault and battery claim in the Complaint to add a claim for punitive damages; and

2. That plaintiff may amend her excessive force claim in the Complaint to add a claim for punitive damages.

Dated: November 15, 1999

                                            Franklin L. Noel
                                            Chief Magistrate

FILED _____
    FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD _____
DEPUTY CLERK _____