# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# FOURTH DIVISION

Case No.: 98-2072 JMR/FLN

---

Brenda Goldsmith,
an individual,

        Plaintiff,

vs.

Jeffrey Beahen, individually
and in his official capacity,
and City of Anoka, a
municipality,

        Defendants.

**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The undersigned hereby advises the Court that all claims by the Plaintiff Brenda Goldsmith against Defendant Jeffrey Beahen, either officially or individually, in the above-entitled cause of action are hereby dismissed. Therefore,

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff Brenda Goldsmith and her attorney, William Maddix, and the attorney for Defendant, that Plaintiff Brenda Goldsmith's entire action against Jeffrey Beahen, either officially or individually, is hereby dismissed with prejudice.

Plaintiff specifically acknowledges this dismissal is voluntarily entered into and further acknowledged she has received no money for entering into this dismissal from or on behalf of Jeffrey Beahen.

FILED FEB 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

FURTHER, it is stipulated that Plaintiff dismisses all claims, of any kind, asserted and not asserted, in the captioned matter or otherwise against all City of Anoka officers, either officially or individually. These parties also agree that no costs or disbursements or attorney's fees, including attorney's fees pursuant to 42 U.S.C. § 1988, Minn. Stat. § 549.21 or Minn. Stat. § 549.211, will be sought, recovered, or paid by Plaintiff or the dismissed Defendant.

The undersigned hereby prays for an Order of the Court dismissing all claims against Jeffrey Beahen, either officially or individually.

**IT IS HEREBY STIPULATED AND AGREED:**

I, Brenda Goldsmith, hereby acknowledges that I have read the foregoing Stipulation, understand its terms and hereby agrees to dismiss with prejudice any and all claims I have made against Jeffrey Beahen, either officially or individually. I, Brenda Goldsmith, hereby acknowledges I have received no monies from or on behalf of Jeffrey Beahen for entering into this Stipulation. I also understand by signing this Stipulation that I am completely dismissing all of my alleged or not alleged claims against all officers for the City of Anoka in the above-captioned matter.

_____
Brenda Goldsmith

Subscribed and Sworn to before me
this ___ day of _____, 2000.

_____
Notary Public

2

Dated: 2/1/00

*WILLIAM J. MADDIX* (A.R.#188530)
Attorney for Plaintiff
310 Fourth Avenue South
Suite 400
Minneapolis, MN 55415
(612) 341-2000

Date: 2/2/00

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By: 
PIERRE N. REGNIER (A.R.#90232)
JOSEPH E. FLYNN (A.R.#165712)
Attorneys for Defendants
2100 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 290-7416

3

## ORDER FOR JUDGMENT

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED** that all alleged claims by Plaintiff Brenda Goldsmith against Defendant Jeffrey Beahen are hereby dismissed with prejudice and on their merits and without costs, disbursements, or attorney's fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: _February 9, 2000_     BY THE COURT:

_____
Judge of U.S. District Court


## JUDGMENT

Pursuant to the foregoing Stipulation and Order,

**IT IS HEREBY ORDERED AND ADJUDGED**, that the above-entitled action against Defendant Jeffrey Beahen be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements and attorney's fees to any party.

WITNESS THE HONORABLE _____, one of the Judges of this Court this _____ day of _____, 2000.

BY THE COURT:

FRANCIS E. DOSAL
_____
Clerk of U.S. District Court

2/10/00     By _____
               Deputy Clerk

For Immediate Release
January 3, 2000

# PRESS RELEASE

## UNITED STATES DISTRICT COURT

Contact: Francis E. Dosal, Clerk
(651) 848-1100

### FEDERAL COURT ADOPTS AMENDMENTS TO LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the adoption of several amendments to its local rules of practice. The changes were recommended by the Court's Local Rules Committee chaired by Minneapolis Attorney Cliff Greene of the law firm Greene Espel.

As required by federal statute, the proposed revisions were posted for public review and comment in late 1999. Following consideration of the comments received, the proposed rules were adopted unanimously by the Court to be effective January 3, 2000. The proposed amendments are as follows:

- **LR 5.1**
  Amendments to LR 5.1 and LR 5.2 regarding filing procedures.

- **LR 7.1(b)(2)**
  A new advisory committee's note regarding evidentiary materials submitted with reply briefs.

- **LR 16.1**
  Amendments in response to the requirements of the Alternative Dispute Resolution Act of 1998.

- **LR 83.13**
  New rule regarding the discipline of court appointees.

The amendments to the Local Rules may be obtained in the Office of the Clerk of Court in either St. Paul, Minneapolis or Duluth; by contacting the Clerk of Court at the address below; or online through the Update Service of Westlaw.

Francis E. Dosal, Clerk
U.S. District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101
651-848-1100