UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Case No.: 98-2072 JMR/FLN

---

Brenda Goldsmith,
an individual,

        Plaintiff,

vs.

Jeffrey Beahen, individually
and in his official capacity,
and City of Anoka, a
municipality,

        Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The undersigned attorneys hereby advise the Court that all claims of Brenda Goldsmith in the above-entitled cause of action have been fully compromised and settled (the claims of Brenda Goldsmith against Jeffrey Beahen, individually and in his official capacity, have been previously dismissed with prejudice). Therefore,

**IT IS HEREBY STIPULATED BY AND BETWEEN** all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements or attorneys fees to any of the parties.

**IT IS FURTHER STIPULATED** that the amount of the settlement is in excess of Ten Thousand and No/100 ($10,000.00) Dollars, and the parties hereby request that the Court approve the settlement pursuant to Minn. Stat. § 466.08.

FILED FEB 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements or attorney's fees to any of the parties, may be entered herein.

Dated: 2/11/00

_____
WILLIAM J. MADDIX (A.R.#188530)
Attorney for Plaintiff
310 Fourth Avenue South
Suite 400
Minneapolis, MN 55415
(612) 341-2000

Date: 2/2/00

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

By: _____
PIERRE N. REGNIER (A.R.#90232)
JOSEPH E. FLYNN (A.R.#165712)
Attorneys for Defendants
2100 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 290-7416

2

## ORDER FOR JUDGMENT

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED:**

1. That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements, or attorney's fees to any party.

2. That pursuant to Minn. Stat. § 466.08, this settlement is approved by the Court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____          BY THE COURT:

_____
Judge of U.S. District Court

## JUDGMENT

Pursuant to the foregoing Stipulation and Order,

**IT IS HEREBY ORDERED AND ADJUDGED**, that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements and attorney's fees to any party.

WITNESS THE HONORABLE _____, one of the Judges of this Court this _____ day of _____, 2000.

BY THE COURT:

FRANCIS E. DOSAL
_____
Clerk of U.S. District Court

3

2/10/00          By Ashley Hansen
                 Deputy Clerk

For Immediate Release
January 3, 2000

# PRESS RELEASE

## UNITED STATES DISTRICT COURT

Contact: Francis E. Dosal, Clerk
(651) 848-1100

### FEDERAL COURT ADOPTS AMENDMENTS TO LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the adoption of several amendments to its local rules of practice. The changes were recommended by the Court's Local Rules Committee chaired by Minneapolis Attorney Cliff Greene of the law firm Greene Espel.

As required by federal statute, the proposed revisions were posted for public review and comment in late 1999. Following consideration of the comments received, the proposed rules were adopted unanimously by the Court to be effective January 3, 2000. The proposed amendments are as follows:

- **LR 5.1**
  Amendments to LR 5.1 and LR 5.2 regarding filing procedures.

- **LR 7.1(b)(2)**
  A new advisory committee's note regarding evidentiary materials submitted with reply briefs.

- **LR 16.1**
  Amendments in response to the requirements of the Alternative Dispute Resolution Act of 1998.

- **LR 83.13**
  New rule regarding the discipline of court appointees.

The amendments to the Local Rules may be obtained in the Office of the Clerk of Court in either St. Paul, Minneapolis or Duluth; by contacting the Clerk of Court at the address below; or online through the Update Service of Westlaw.

Francis E. Dosal, Clerk
U.S. District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101
651-848-1100